# UNITED STATES BANKRUPTCY COURT
## Southern District of Texas

In Re:     Bay City Hospitality, Ltd.

**Debtor**

Case No. _____

(if known)

Chapter     11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $7,100,000.00 | | |
| B - Personal Property | Yes | 5 | $491,152.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $2,449,429.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | $75,082.04 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $29,063.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | 0.00 |
| TOTAL | | 20 | $7,591,152.00 | $2553574.29 | |

Official Form 6A (12/07)

In Re: _____Bay City Hospitality, Ltd._____          Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Real property and improvements (a hotel) located at 310 E. Houston Hwy, Edna Texas. 1.52 acres situated in the Job Williams League, Abstract No. 85, Jackson County, TX, Vol. 222, Page 837, Records of Jackson County, TX. | Fee simple | | $3,900,000.00 | $2,100,000.00 |
| 6.89 acre tract of land situated in the I&GNRR survey no. 1, Block 4, Abstract No. 271, Matagorda County, TX, Vol. 274, Page 334, Records of Matagorda County, TX. | Fee simple | | $3,200,000.00 | $339,318.00 |
| | | Total | $7,100,000.00 | |

Official Form 6B (12/07)

In Re: _____Bay City Hospitality, Ltd._____     Case No. _____
                              **Debtor**                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Petty cash and register cash<br>310 East Houston Hwy.<br>Edna, Texas | | $500.00 |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Prosperity Bank - $0.00<br>Tradition Bank - $52,555.00 | | $52,555.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Official Form 6B (12/07)

In Re: _____Bay City Hospitality, Ltd._____          Case No. _____
                    **Debtor**                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Official Form 6B (12/07)

In Re: _____ Bay City Hospitality, Ltd. _____     Case No. _____
        **Debtor**                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in real estate of a decendent, death benefit plan, life insurance policy, or trust. | X | | | |

Official Form 6B (12/07)

In Re: _____Bay City Hospitality, Ltd._____     Case No. _____
                        **Debtor**                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent or unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Rights under membership agreement with Best Western | | $1,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Membership agreement with Best Western for operation of hotel. | | $50,000.00 |
| 24. Customer lists or other compilations contain-ing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor pri-marily for personal, family, or household purposes. | | List of customers who have stayed at the Debtor's hotel. | | $25,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Exhibit B.28 | | $362,097.00 |

Official Form 6B (12/07)

In Re: _____Bay City Hospitality, Ltd._____          Case No. _____
                           **Debtor**                                                                    (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Exhibit B.28 for these items. | | N/A |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total | $491,152.00 |

**FF & E List**

| | |
|---|---|
| Contact : | Kay Thakore<br>Fax No.: 1-979-345-9968<br>Tel No.: 1-979-345-9968 |

**Property Information:**  Best Western Lone Star Inn
310 E. Houston Highway
Edna, Jackson County, Texas

Room Types:

| | |
|---|---|
| King | 13 |
| King Suite | 4 |
| DQ | 26 |
| Total room | 43 |

*Equipments/Laundry Room*

| Model No. | | Description | Unit Price | Quantity | Total | Suppliers |
|---|---|---|---|---|---|---|
| Speedy Queen/Eq. Prefer: 3 Phase, digital control, programmable with 3 years Parts+Labor warranty.Quote include freight and Installation | 1 | 40 or 50 or 60 Lbs. Washer | $ 6,500.00 | 2 | $ 13,000.00 | |
| Speedy Queen/Eq. Prefer:  Gas, Reversible, Digital control, programmable with 3 years Parts+Labor warranty .Quote include freight and Installation | 2 | 75 Lbs Dryers | $ 4,500.00 | 2 | $ 9,000.00 | |
| Guest Laundry Washers | 3 | Coin Machines | $ 750.00 | 1 | $ 750.00 | |
| Guest Laundry Dryers | 4 | Coin Machines | $ 750.00 | 1 | $ 750.00 | |
| | 5 | Set of spare Linnen for 43 units | $ 946.00 | 3 | $ 2,838.00 | |
| Alamo | 6 | Water Softening System | $ 3,500.00 | 1 | $ 3,500.00 | |
| | 7 | Folding Table | $ 150.00 | 2 | $ 300.00 | |
| AO Smith 300 K Btu | 8 | Water Heaters | $ 4,500.00 | 2 | $ 9,000.00 | |
| Hunters | 9 | Celling Fan | $ 50.00 | 3 | $ 150.00 | |
| | 10 | Phones | $ 45.00 | 3 | $ 135.00 | |
| PTAC, 12000 Btu | | PTAC, 12000 Btu | $ 600.00 | 53 | $ 31,800.00 | |
| Split System | | Split System (5 Units, Total 19 Tonns) | $ 17,500.00 | 1 | $ 17,500.00 | |
| 450Lbs Ice Machines | | Ice Machines | $ 3,750.00 | 2 | $ 7,500.00 | |
| Maid Carts | | | $ 300.00 | 4 | $ 1,200.00 | |
| Laundry Dumpsters | | | $ 125.00 | 3 | $ 375.00 | |
| Mop & Bucket Set | | | $ 3.00 | 2 | $ 6.00 | |
| Signs: | | | | | | |
| Do Not Distrub Signs | | | $ 1.00 | 100 | $ 100.00 | |
| Room Number Direction sign | | | $ 75.00 | 5 | $ 375.00 | |
| Room Number Sign | | | $ 45.00 | 45 | $ 2,025.00 | |
| Texas Liability Post Bulletin | | | $ 4.50 | 45 | $ 202.50 | |
| Men's Room | | | $ 125.00 | 1 | $ 125.00 | |
| Ladies Rests Room | | | $ 125.00 | 1 | $ 125.00 | |
| Meeting Room | | | $ 125.00 | 1 | $ 125.00 | |
| Bussiness Center | | | $ 125.00 | 1 | $ 125.00 | |
| Elevator Arrow Signs | | | $ 125.00 | 6 | $ 750.00 | |
| Stair Case Direction Sign | | | $ 125.00 | 6 | $ 750.00 | |
| Breakfast Area | | | $ 125.00 | 2 | $ 250.00 | |
| Pantry Kitchen (Employees Only) | | | $ 75.00 | 1 | $ 75.00 | |
| Night Window | | | $ 75.00 | 1 | $ 75.00 | |
| Employees Only Sign | | | $ 75.00 | 6 | $ 450.00 | |
| Electrical Room | | | $ 75.00 | 2 | $ 150.00 | |
| Mehcanical Room | | | $ 75.00 | 1 | $ 75.00 | |
| Guest Laundry | | | $ 75.00 | 4 | $ 300.00 | |
| Vending Area Direction Sign | | | $ 75.00 | 4 | $ 300.00 | |
| Private Signs | | | $ 75.00 | 3 | $ 225.00 | |
| Manager's Office | | | $ 65.00 | 1 | $ 65.00 | |

$ 104,471.50

EXHIBIT
B-28

_Guest Rooms (Double Queen)_ 26

| Model No. | | Description | Unit Price | Quantity | Total | Suppliers |
|---|---|---|---|---|---|---|
| | 1 | Bed Queen Frames | $ 65.00 | 54 | $ 3,510.00 | |
| Serta Chesire with Pillow Top on Both Side, Fire Blocker or Chesire II w/O Pillow Top or Simmons Beautyrest | 2 | Bed Queen | $ 395.00 | 54 | $ 21,330.00 | |
| | 3 | Bed Queen Sheet Set | $ 25.00 | 54 | $ 1,350.00 | |
| | 4 | Duet Instert, Cover, bed sheet set, pillowsr | $ 250.00 | 54 | $ 13,500.00 | |
| | 5 | Bed Skirt | $ 45.00 | 54 | $ 2,430.00 | |
| | 6 | Night Stands with Drawer | $ 128.00 | 30 | $ 3,840.00 | |
| | 7 | Head Board | $ 129.00 | 54 | $ 6,966.00 | |
| | 8 | TV Armory | $ 595.00 | 26 | $ 15,470.00 | |
| | 9 | Writing Desk with Center Drawer | $ 139.00 | 26 | $ 3,614.00 | |
| | 10 | Writing Chairs | $ 99.00 | 26 | $ 2,574.00 | |
| | 11 | Desk Lamp | $ 45.00 | 26 | $ 1,170.00 | |
| | 12 | Double Wall lamp | $ 52.00 | 26 | $ 1,352.00 | |
| | 12 | Iron/Board | $ 30.00 | 26 | $ 780.00 | |
| | 13 | Coffee Pot | $ 35.00 | 26 | $ 910.00 | |
| | 14 | Hair Dryers | $ 25.00 | 26 | $ 650.00 | |
| | 15 | MicroFridge | $ 169.00 | 0 | $ - | |
| | 16 | MicroWave | $ 79.00 | 26 | $ 2,054.00 | |
| | 17 | Towels Set | $ 25.00 | 104 | $ 2,600.00 | |
| | 18 | Ice Buckets | $ 3.50 | 26 | $ 91.00 | |
| | 19 | Heavy Duty Towel Rack | $ 35.00 | 26 | $ 910.00 | |
| | 20 | Heavy Duty Coat rack | $ 35.00 | 26 | $ 910.00 | |
| | 21 | Pictures | $ 35.00 | 26 | $ 910.00 | |
| | 22 | Alarm Clock | $ 20.00 | 26 | $ 520.00 | |
| | 23 | Full Size Mirror Full size | $ 109.00 | 26 | $ 2,834.00 | |
| | 24 | Drapes | $ 85.46 | 26 | $ 2,221.96 | |
| | 25 | Drapes Rod | $ 21.59 | 26 | $ 561.34 | |
| | 26 | Towel Bars | $ 35.00 | 26 | $ 910.00 | |
| | 27 | Towel Hook | $ 3.50 | 26 | $ 91.00 | |
| | 28 | Ceiling Fan | $ 50.00 | 26 | $ 1,300.00 | |
| | 29 | Phones | $ 35.00 | 52 | $ 1,820.00 | |
| | 29 | Carpet, Yd3, 12 Yd/Rm | $ 12.99 | 1040 | $ 13,509.60 | |
| | 30 | Carpet 4" cove Base | $ 2.50 | 1092 | $ 2,730.00 | |
| | 31 | Synthetic Fiber Glass Pad | $ 1.89 | 1040 | $ 1,965.60 | |
| | | | | | $ 115,384.50 | |

_Guest Rooms (King Suites)_                                                  13

| Model No. | | Description | Unit Price | Quantity | Total | Suppliers |
|---|---|---|---|---|---|---|
| | 1 | Bed King Frames | $ 65.00 | 13 | $ 845.00 | |
| Serta Chesire with Pillow Top on Both Side, Fire Blocker or Chesire II w/O Pillow Top or Simmons Beautyrest | 2 | Bed King | $ 457.00 | 13 | $ 5,941.00 | |
| | 3 | Bed King Sheet Set | $ 25.00 | 13 | $ 325.00 | |
| | 4 | Duel Instert, Cover, bed sheet set, pillowsr | $ 250.00 | 13 | $ 3,250.00 | |
| | 5 | Drapes | $ 85.46 | | | |
| | 6 | Drapes Rod | $ 21.59 | | | |
| | 7 | Shames | $ 50.00 | 13 | $ 650.00 | |
| | 8 | Night Stands with Drawer | $ 128.00 | 26 | $ 3,328.00 | |
| | 9 | Head Board | $ 129.00 | 13 | $ 1,677.00 | |
| | 10 | TV Armory | $ 595.00 | 13 | $ 7,735.00 | |
| | 11 | Writing Desk | $ 139.00 | 13 | $ 1,807.00 | |
| | 12 | Love Seat | $ 399.00 | 13 | $ 5,187.00 | |
| | 13 | Writing Desk Chairs | $ 138.00 | 13 | $ 1,794.00 | |
| | 14 | Iron/Board | $ 35.00 | 13 | $ 455.00 | |
| | 15 | Alarm Clock | $ 25.00 | 13 | $ 325.00 | |
| | 16 | Coffee Pot | $ 25.00 | 13 | $ 325.00 | |
| | 17 | Hair Dryers | $ 25.00 | 13 | $ 325.00 | |
| | 18 | MicroFridge | $ 169.00 | 13 | $ 2,197.00 | |
| | 19 | Microwave | $ 79.00 | 13 | $ 1,027.00 | |
| | 20 | Towels Set | $ 25.00 | 26 | $ 650.00 | |
| | 21 | Ice Buckets | $ 3.50 | 13 | $ 45.50 | |
| | 22 | Towel Rack | $ 35.00 | 13 | $ 455.00 | |
| | 23 | Coat rack | $ 35.00 | 13 | $ 455.00 | |
| | 24 | Single Wall lamp | $ 32.00 | 26 | $ 832.00 | |
| | 25 | Floor lamp | $ 45.00 | 13 | $ 585.00 | |
| | 26 | Pictures | $ 35.00 | 13 | $ 455.00 | |
| | 27 | Full Size Mirror Full size | $ 109.00 | 13 | $ 1,417.00 | |
| | 28 | Towel Bars | $ 35.00 | 26 | $ 910.00 | |
| | 29 | Towel Hook | $ 3.50 | 13 | $ 45.50 | |
| | 30 | Ceiling Fan | $ 50.00 | 13 | $ 650.00 | |
| | 31 | Phones | $ 35.00 | 26 | $ 910.00 | |
| | 32 | Carpet, Yd3, 12 Yd/Rm | $ 12.99 | 520 | $ 6,754.80 | |
| | 33 | Carpet 4" Cove Base | $ 2.50 | 1092 | $ 2,730.00 | |
| | 34 | Synthetic Fiber Glass Pad | $ 1.89 | 520 | $ 982.80 | |

$ 55,070.60

*Guest Rooms (King Jacuzee)*                    4

| Model No. | | Description | Unit Price | | Quantity | Total | | Suppliers |
|---|---|---|---|---|---|---|---|---|
| | 1 | Bed King Frames | $ | 65.00 | 4 | $ | 260.00 | |
| Serta Chesire with Pillow Top on Both Side, Fire Blocker or Chesire II w/O Pillow Top or Simmons Beautyrest | 2 | Bed King | $ | 457.00 | 4 | $ | 1,828.00 | |
| | 3 | Bed King Sheet Set | $ | 25.00 | 4 | $ | 100.00 | |
| | 4 | Duet Instert, Cover, bed sheet set, pillows | $ | 45.00 | 4 | $ | 180.00 | |
| | 5 | Drapes | $ | 85.46 | 4 | $ | 341.84 | |
| | 6 | Drapes Rod | $ | 35.00 | 4 | $ | 140.00 | |
| | 7 | Shames | $ | 50.00 | 4 | $ | 200.00 | |
| | 8 | Night Stands with Drawer | $ | 128.00 | 8 | $ | 1,024.00 | |
| | 9 | Head Board | $ | 139.00 | 4 | $ | 556.00 | |
| | 10 | TV Armory | $ | 559.00 | 4 | $ | 2,236.00 | |
| | 11 | Love Seat | $ | 399.00 | 4 | $ | 1,596.00 | |
| | 12 | Writing Desk | $ | 139.00 | 4 | $ | 556.00 | |
| | 13 | Writing Desk Chairs | $ | 99.00 | 4 | $ | 396.00 | |
| | 14 | Iron/Board | $ | 25.00 | 4 | $ | 100.00 | |
| | 15 | Alarm Clock | $ | 25.00 | 4 | $ | 100.00 | |
| | 16 | Coffee Pot | $ | 25.00 | 4 | $ | 100.00 | |
| | 17 | Hair Dryers | $ | 25.00 | 4 | $ | 100.00 | |
| | 18 | MicroFridge | $ | 169.00 | 4 | $ | 676.00 | |
| | 19 | Microwave | $ | 79.00 | 4 | $ | 316.00 | |
| | 20 | Towels Set | $ | 25.00 | 8 | $ | 200.00 | |
| | 21 | Ice Buckets | $ | 3.50 | 4 | $ | 14.00 | |
| | 22 | Towel Rack | $ | 25.00 | 4 | $ | 100.00 | |
| | 23 | Coat rack | $ | 25.00 | 4 | $ | 100.00 | |
| | 24 | Single Wall lamp | $ | 35.00 | 8 | $ | 280.00 | |
| | 25 | Floor lamp | $ | 35.00 | 4 | $ | 140.00 | |
| | 26 | Pictures | $ | 35.00 | 4 | $ | 140.00 | |
| | 27 | Full Size Mirror Full size | $ | 109.00 | 4 | $ | 436.00 | |
| | 28 | Towel Bars | $ | 25.00 | 4 | $ | 100.00 | |
| | 29 | Ceiling Fan | $ | 50.00 | 4 | $ | 200.00 | |
| | 30 | Phones | $ | 35.00 | 8 | $ | 280.00 | |
| | 31 | Carpet, Yd3, 12 Yd/Rm | $ | 12.99 | 160 | $ | 2,078.40 | |
| | 32 | Carpet 4" Cove Base | $ | 2.50 | 170 | $ | 425.00 | |
| | 33 | Synthetic Fiber Glass Pad | $ | 1.89 | 160 | $ | 302.40 | |
| | | | | | | $ | 15,601.64 | |

*Break Fast Area*                                                     1

| Model No. | | Description | Unit Price | Quantity | Total | Suppliers |
|---|---|---|---|---|---|---|
| | 1 | Tables | $ 169.00 | 6 | $ 1,014.00 | |
| | 2 | Chairs | $ 129.00 | 18 | $ 2,322.00 | |
| | 3 | Utensil Set | $ 1,500.00 | 1 | $ 1,500.00 | |
| | 4 | TV | $ 850.00 | 1 | $ 850.00 | |
| | 5 | Drapes | $ 65.00 | 3 | $ 195.00 | |
| | 6 | Drapes Rod | $ 35.00 | 3 | $ 105.00 | |
| | 7 | Pictures | $ 35.00 | 4 | $ 140.00 | |
| | 8 | Phones | $ 35.00 | 1 | $ 35.00 | |
| | 9 | Carpet, Yd3, 20 Yd/Rm | $ 12.99 | 60 | $ 779.40 | |
| | 10 | Synthetic Fiber Glass Pad | $ 1.89 | 60 | $ 113.40 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

                                                    $    7,053.80

*Lobby Area*                                                                 1

| Model No. | | Description | Unit Price | | Quantity | Total | | Suppliers |
|---|---|---|---|---|---|---|---|---|
| | 1 | Sofa | $ | 499.00 | 2 | $ | 998.00 | |
| | 2 | Chairs | $ | 299.00 | 3 | $ | 897.00 | |
| | 3 | Table Cloth | $ | 35.00 | 4 | $ | 140.00 | |
| | 4 | TV | $ | 1,500.00 | 1 | $ | 1,500.00 | |
| | 6 | Ceiling Fan | $ | 125.00 | 2 | $ | 250.00 | |
| | 7 | Pictures | $ | 50.00 | 4 | $ | 200.00 | |
| | 8 | Phones | $ | 50.00 | 1 | $ | 50.00 | |
| | 9 | Carpet, Yd3, 20 Yd/Rm | $ | 12.99 | 20 | $ | 259.80 | |
| | 10 | Synthetic Fiber Glass Pad | $ | 1.89 | 20 | $ | 37.80 | |
| | | | | | | $ | 4,332.60 | |

*Front Desk Area*                                                           1

| Model No. | | Description | Unit Price | | Quantity | Total | | Suppliers |
|---|---|---|---|---|---|---|---|---|
| | 1 | Desk | $ | 99.00 | 2 | $ | 198.00 | |
| | 2 | Chairs | $ | 99.00 | 3 | $ | 297.00 | |
| | 3 | PC | $ | 2,500.00 | 2 | $ | 5,000.00 | |
| | 4 | Printers | $ | 1,250.00 | 1 | $ | 1,250.00 | |
| | 5 | Phones System | $ | 12,500.00 | 1 | $ | 12,500.00 | |
| | 6 | Pictures | $ | 45.00 | 4 | $ | 180.00 | |
| | 7 | Carpet, Yd3, 20 Yd/Rm | $ | 12.99 | 20 | $ | 259.80 | |
| | 8 | Synthetic Fiber Glass Pad | $ | 1.89 | 20 | $ | 37.80 | |

1   $   19,722.60

**Meeting Room**

| Model No. | | Description | Unit Price | Quantity | Total | Suppliers |
|---|---|---|---|---|---|---|
| | 1 | Tables | $ 1,250.00 | 1 | $ 1,250.00 | |
| | 2 | Chairs | $ 99.00 | 14 | $ 1,386.00 | |
| | 3 | Table Cloth | $ 32.00 | 4 | $ 128.00 | |
| | 4 | Drapes | $ 50.00 | 1 | $ 50.00 | |
| | 4 | Drapes Rod | $ 35.00 | 1 | $ 35.00 | |
| | 5 | Ceiling Fan | $ 50.00 | 4 | $ 200.00 | |
| | 6 | Pictures | $ 35.00 | 4 | $ 140.00 | |
| | 7 | Carpet, Yd3, 20 Yd/Rm | $ 12.99 | 20 | $ 259.80 | |
| | 8 | Synthetic Fiber Glass Pad | $ 1.89 | 60 | $ 113.40 | |
| | | | | | $ 3,562.20 | |

**Pool Area**

| Model No. | | Description | Unit Price | Quantity | Total | Suppliers |
|---|---|---|---|---|---|---|
| | 1 | Tables/chairs | $ 300.00 | 2 | $ 600.00 | |
| | 2 | Launch Chairs | $ 149.00 | 2 | $ 298.00 | |
| | 2 | Pool Equipment/Filters | $ 4,500.00 | 1 | $ 4,500.00 | |
| | | | | | $ 5,398.00 | |

*Manager's Apartment*

| Model No. | | Description | Unit Price | Quantity | Total | Supplliers |
|---|---|---|---|---|---|---|
| Sears | 1 | Kitchen Appliances | $ 1,500.00 | 1 | $ 1,500.00 | |
| Custom Made | 2 | Enetrtainement Center | $ 2,000.00 | 1 | $ 2,000.00 | |
| Serta | 3 | Queen Bed  Set | $ 450.00 | 2 | $ 900.00 | |
| | 4 | Bed Linen | $ 250.00 | 2 | $ 500.00 | |
| Phillips | 5 | TV | $ 650.00 | 1 | $ 650.00 | |
| | | | | | $ 5,550.00 | |

*Other*

| Model No. | | Description | Unit Price | Quantity | Total | Supplliers |
|---|---|---|---|---|---|---|
| | 1 | CCTV | $ 25,000.00 | 1 | $ 25,000.00 | |
| | 2 | Franchisor's Computers, printers, Satelite | $ 6,500.00 | 1 | $ 6,500.00 | |
| | | | | | $ 31,500.00 | |

**Grand Total:**                    $ 362,097.44

Official Form 6D (12/07)

In Re:  Bay City Hospitality, Ltd.                    Case No. _____
        **Debtor**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 1961432 <br><br> Sterling Bank, NA <br> P.O. Box 924009 <br> Houston, Texas 77292-4009 | X | | 9/14/07, 1st lien D/T to 1.52 acres (hotel) at 310 E. Houston Hwy., Edna, TX, adj. 3.76 acres and sec. agmt on FF&E <br><br> VALUE $     3,900,000.00 | | | | $1,594,277.00 | |
| Account Number: 1966310 <br><br> Sterling Bank, NA <br> P.O. Box 924009 <br> Houston, Texas 77292-4009 | X | | 4/16/07, 2nd lien D/T to 1.52 acres (hotel) at 310 E. Houston Hwy., Edna, TX, adj. 3.76 acres and sec. agmt on FF&E <br><br> VALUE $     3,900,000.00 | | | | $188,604.00 | |
| Account Number: <br><br> Sterling Bank, NA <br> P.O. Box 924009 <br> Houston, Texas 77292-4009 | X | | 3/18/08, 2nd lien D/T to 1.52 acres (hotel) at 310 E. Houston Hwy., Edna, TX, adj. 3.76 acres and sec. agmt on FF&E <br><br> VALUE $     3,900,000.00 | | | | $337,360.00 | |
| | | | Subtotal <br> (Total of this page) | | | | $2,120,241.00 | $0.00 |
| | | | Total <br> (Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_1_  continuation sheets attached

**Official Form 6D (12/07)**

In Re: _____ Bay City Hospitality, Ltd. _____ Case No. _____
           **Debtor**                              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 720005866<br><br>Tradition Bank<br>5501 Bissonnet<br>P.O. Box 40<br>Bellaire, Texas 77402 | X | | 11/30/07, D/T to 6.89 acres land, I&GNRR Survey No. 1, Blk 4, Abst. 271, Matagorda Co., TX, v. 274, p. 334<br><br>VALUE $ 3,200,000.00 | | | | $329,188.00 | $0.00 |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |

|  | | |
|---|---|---|
| Subtotal (Total of this page) | $329,188.00 | $0.00 |
| Total (Use only on last page) | $2,449,429.00 | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

In Re: _____ Bay City Hospitality, Ltd. _____   Case No. _____
                          **Debtor**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entitires holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily conusmer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Official Form 6E (12/07)

In Re:        Bay City Hospitality, Ltd.             Case No. _____

                 **Debtor**                                                *(if known)*

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>    continuation sheets attached

In Re: _____Bay City Hospitality, Ltd._____     Case No. _____
              **Debtor**     (if known)

Type of Priority

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, If Any |
|---|---|---|---|---|---|---|---|---|---|
| Account Number: 32015354494<br>State Comptroller of Public Account<br>P.O. Box 149356<br>Austin, Texas 78714-9356 | | | 11/30/10; occupancy tax on hotel rents for month of November 2010. | | | | $2,534.08 | $2,534.08 | |
| Account Number: 4-19610<br>City of Edna<br>126 W. Main Street<br>Edna, Texas 77957 | | | 11/30/10; occupancy tax on hotel rents for month of November 2010. | | | | $2,965.11 | $2,965.11 | |
| Account Number: R28637<br>Jackson County Tax Assessor<br>115 W. Main, Room 102<br>Edna, Texas 77957 | | | 12/31/09; ad valorem taxes on 1.52 acres in Jackson County, Texas | | | | $65,860.73 | $65,860.73 | |
| Account Number:<br>Antquinette N. Hines<br>502, Sayles St<br>Edna, Texas 77957 | | | Wage claim for period from 11/22/10 - 12/5/10 | | | | $525.00 | $525.00 | |
| Account Number:<br>Delfina Gonzalez<br>509 W. Elm St.<br>Edna, Texas 77957 | | | Wage claim for period from 11/22/10 - 12/5/10 | | | | $525.00 | $525.00 | |
| Account Number:<br>Serena Meador<br>308 Rowlet<br>Edna, Texas 77957 | | | Wage claim for period from 11/22/10 - 12/5/10 | | | | $906.31 | $906.31 | |
| | | | | | | Subtotal<br>(Total of this page) | $73,316.23 | $73,316.23 | $0.00 |
| | | | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | | | |
| | | | Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | |

Sheet no. __1__ of __2__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

In Re: _____Bay City Hospitality, Ltd._____     Case No. _____

        **Debtor**                                                      (if known)

Type of Priority

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, If Any |
|---|---|---|---|---|---|---|---|---|---|
| Account Number: <br> Johanna Brooks <br> 412 Hurst <br> Edna, Texas 77957 | | | Wage claim for period from 11/22/10 - 12/5/10 | | | | $611.25 | $611.25 | |
| Account Number: <br> Amy Zarate <br> 202 E. Simmon St. <br> Edna, Texas 77957 | | | Wage claim for period from 11/22/10 - 12/5/10 | | | | $574.56 | $574.56 | |
| Account Number: <br> Linda Rease <br> P.O Box 571 <br> Lolita, Texas 77971 | | | Wage claim for period from 11/22/10 - 12/5/10 | | | | $580.00 | $580.00 | |
| Account Number: | | | | | | | | | |
| Account Number: | | | | | | | | | |
| Account Number: | | | | | | | | | |
| | | | Subtotal <br> (Total of this page) | | | | $1,765.81 | $1,765.81 | $0.00 |
| | | | Total <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $74,557.04 | | |
| | | | Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $74,557.04 | |

Sheet no. __2__ of __2__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Official Form 6F (12/07)

In Re:       Bay City Hospitality, Ltd.             Case No. _____
                    **Debtor**                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 6860503909 <br><br> Farmer's Brothers Coffee <br> File 55172 <br> Los Angeles, California 90074-5172 | | | Claim incurred Nov. 2010 for coffee supply. | | | | $350.00 |
| Account Number: <br><br> G&W Engineers <br> 205 W. Live Oak <br> Port Lavaca, Texas 77979 | | | Claim incurred in 2010 for engineering services on Bay City, Texas land. | | | X | $5,000.00 |
| Account Number: <br><br> Kalpana Investments Corporation <br> 631 S. Columbia Drive <br> West Columbia, Texas 77486 | | | 2008 - 2010, Intercompany loans. | | | | $20,728.00 |
| Account Number: 04-017201 <br><br> Mid-Coast Cable Vision <br> P.O. Box 1269 <br> El Campo, Texas 77437 | | | Claim incurred Nov. 2010 for cable TV service to rooms in hotel. | | | | $802.03 |
| | | | | | | Subtotal | $26,880.03 |
| | | | | | | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_1_ continuation sheets attached

Official Form 6F (12/07)

In Re: _____Bay City Hospitality, Ltd._____     Case No. _____
                    **Debtor**                                              (if known)

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:<br><br>Schindler Elevator Corporation<br>1201 West Loop North, Suite 130<br>Houston, Texas 77055-7257 | | | Claim incurred under elevator maintenance agreement dated 7/29/09. | | | | $1,133.22 |
| Account Number: 0000-2090-01<br><br>Sign Ad Outdoor<br>P.O. Box 8626<br>Houston, Texas 77249 | | | Claim incurred Nove. 2010 for sign advertising. | | | | $900.00 |
| Account Number:<br><br>Victoria Advocate<br>P.O. Box 2393<br>Victoria, Texas 77902-2393 | | | Claim incurred Nov. 2010 for newspaper service to hotel rooms. | | | | $150.00 |
| Account Number: | | | C | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |
| Account Number: | | | | | | | |

|  | Subtotal | $2,183.22 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $29,063.25 |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In Re: _____ Bay City Hospitality, Ltd. _____          Case No. _____

                            **Debtor**                                                                 (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| Employee Professionals<br>6754 Willowbrook Park Dr., Suite 200<br>Houston, Texas 77066 | Payroll services contract. Entered March of 2008 for a one year term with automatic 1 year renewals. Employee Professionals handles all of Debtor's payroll processing. Debtor pays 5477141of the total amount of payroll as the fee. |
| Best Western International, Inc.<br>6201 N. 24th Parkway<br>Phoenix, Arizona 85016-2023 | Membership Application and Agreement dated 10/11/05. Agreement provides the Debtor with license to use tradename and trademark of Best Western for operation of its hotel. Agreement automatically renews year to year for 1 year periods. Debtor pays membership fee calculated by 1.25 percent of total rooms rents. |
| Schindler Elevator Corporation<br>1201 West Loop North, Suite 130<br>Houston, Texas 77055-7239 | Maintenance Agreement dated 7/29/09. Debtor pays $2,244.00 per year for service by Schindler of the Debtor's elevators. |

In Re: _____ Bay City Hospitality, Ltd. _____     Case No. _____

| | |
|---|---|
| **Debtor** | **(if known)** |

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| SignAd Outdoor<br>P.O. Box 8626<br>Houston, Texas 77249 | Outdoor Advertising Contract dated 11/1/10.  Debtor rents a 10' x 32' billboard on Highway 59 at Colorado Street/Edna-B for $500.00/month.  Contract terminates on 11/30/11. |

In Re:                   Bay City Hospitality, Ltd.                          Case No. _____

                              **Debtor**                                                              (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by
debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any
former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the
nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the
child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the
child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
| Jashwantsinh Thakore<br>631 S. Columbia Drive<br>West Columbia, Texas 77486 | Sterling Bank, NA<br>P.O. Box 924009<br>Houston, Texas 77292-4009<br><br>Tradition Bank<br>5501 Bissonnet<br>P.O. Box 40<br>Bellaire, Texas 77402 |
| Kalpana Thakore<br>631 S. Columbia Drive<br>West Columbia, Texas 77486 | Sterling Bank, NA<br>P.O. Box 924009<br>Houston, Texas 77292-4009 |
| BC Lodging, LLC<br>631 S. Columbia Drive<br>West Columbia, Texas 77486 | Sterling Bank, NA<br>P.O. Box 924009<br>Houston, Texas 77292-4009 |
| Kalpana Investment Corporation<br>631 S. Columbia Drive<br>West Columbia, Texas 77486 | Sterling Bank, NA<br>P.O. Box 924009<br>Houston, Texas 77292-4009 |

In Re: _____Bay City Hospitality, Ltd._____  Case No. _____

_____**Debtor**_____  _____(if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

_____  _____
Date                               Signature of Debtor

_____  _____
Date                               Signature of Joint Debtor

\* \* \* \* \* \*

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____
Address

X _____  _____
  Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*   11 U.S.C. § 110; 18 U.S.C. § 156.

\* \* \* \* \* \*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, J. Thakore, Manager BC Lodging LLC, General Partner of Bay City Hospitality, Ltd. named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of sheets (total shown on summary page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

_DEC. 6, 2010_____  _____
Date                               Signature of Authorized Individual
                                   J. THAKORE, Manager, BC Lodging LLC

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. § 152 and 3571.